# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLARENCE DUDLEY

NO.  2021 KW 0217

CONSTITUTED WITH

NO.  2021 KW 0218

**APRIL 22, 2021**

---

In Re:   Clarence Dudley, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 04-02-0314.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT